# EXHIBIT C

| Additional Letters in Support of Ryan Salame's Sentencing Submission | |
|---|---|
| **Number** | **Name** |
| 1 | Maxine Begonja |
| 2 | Enrico Cecchi |
| 3 | Thiago Cesar |
| 4 | Nicholas Cherney |
| 5 | Stephanie Cherney |
| 6 | Christine Chew |
| 7 | Natasha Cole |
| 8 | Michelle Cove |
| 9 | Emma D'Alessio |
| 10 | Roshan Daswani |
| 11 | Ashley and Bobby Ferrando |
| 12 | Peter Ives |
| 13 | Zane Tackett |
| 14 | Jamaron Thompson |
| 15 | Aleksandra Patykowska-Underwood |
| 16 | Graham Williams |
| 17 | Tristan Yver |

May 2, 2024

Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Kaplan,

I can't say enough how much Ryan means to all of us.

He's one of the most genuine people I've ever met in my 78 years on this earth. I'm so lucky to have him as a son-in-law. He's always watching out for my handicaps, attentive to what I need, and makes me feel comfortable and loved. He's more of a son than a son-in-law. In fact, while Ryan has been my son-in-law for the past three years, unfortunately he and my daughter can't actually get married due to her difficult divorce, which has been in the court process for so many years now. Sadly, she has been held hostage by her ex-husband, someone who has caused so much harm in my daughter and the children's lives.

At the same time, we are all so grateful that Ryan is in her life and the kids' lives. To my daughter Michelle, he's absolutely the best husband a woman can have. He's always smiling, agreeable, fun-loving, mannerly, attentive, and is the crux of the family. I can't think of one bad habit because Ryan has none. He makes friends easily and is the most kid-focused person I have ever seen. No matter what the circumstances, Ryan always puts the children first.

I am proud that Ryan and Michelle have just given me another grandchild, ██████. He's a beautiful baby and giggles hysterically with his father. I wish you could see the way he tends to his son. I believe that, at our cores, we are what we do when others aren't watching. If only you could see the father he is, I believe that many of your questions about him would be resolved.

My other grandchildren, ██████ and ██████, love their stepdad. They always hang on him, wanting to go wherever he goes. They're well-adjusted, happy children, and they will profusely cry if he's away from them. Ryan thinks up things to do with them, takes them places, and helps with their schoolwork, food preparation, mealtimes, and clean up.

Although it may seem insignificant to some, the way that Ryan is preparing my grandchildren for whatever may come next reveals his essence. Understanding that he may be away from them is gut-wrenching to him. A lesser person would put their wants first and foremost in dealing with this possibility, but not Ryan. He is talking with them honestly and investing the time to ensure their needs are met and that they can thrive, come what may.

Regardless of the circumstances that bring him before this Honorable Court or the uncertain future awaiting Ryan and his young family after this case, this much will always be clear: nobody

Ex. C-1

DocuSign Envelope ID: ED26E721-D7BB-4D7B-B9A4-8B26E0012623

May 2, 2024

else can ever win the hearts of my family and me as Ryan has. Like I previously said, Ryan is more of a son. I do not foresee anything changing that.

I will always consider myself fortunate to have such a wonderful and thoughtful son-in-law... Very lucky indeed.

Thank you for taking the time to read my words. Please do not hesitate to contact me if there is any more information I can provide.

Maxine Begonja

Ex. C-1

Enrico Cecchi



May 17, 2024

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

Ryan Salame has been my friend for over three years. Ryan told me about this case and disclosed that he accepted responsibility for violating federal law. He shared his emotional pain and concern for everyone negatively affected by FTX's collapse. Based on our conversations, I know Ryan has faced this legal process seriously and wants a just outcome for all parties.

I met Ryan through my fiancée, who is close with Ryan's partner, Michelle. The four of us have spent a great deal of time together over the past few years. In my personal interactions with Ryan, I have found him to be generous, kind and thoughtful.  Whether as a host or guest, Ryan always conducts himself with grace and humor and seeks to attend to the needs of those around him. This past February, Ryan and Michelle organized a surprise birthday party for me which included a wonderful dinner at their house followed by tickets to a comedy show. Their thoughtful planning made it an unforgettable night for me.

Ryan's character comes through when he is around children and young people. He has formed a special bond with Michelle's two older children (ages 8 and 10). He made meaningful connections with my three teenage and young adult children. Ryan offered to hire my college-age son as a summer business intern for new projects. He has given good direction and useful information to help all of my kids make their way in the world. At the beach last Summer, Ryan organized a fishing boat for our group which included five children ages 7-12.  The smiles on the kids' faces holding their first fish were so special and memorable for all of us.   Most notably, Ryan just began his journey as a father to newborn ▮▮▮▮. Ryan is a joyful, hands-on parent—which is in-keeping with his loving and enthusiastic personality.

I graduated from University of Virginia School of Law then earned a Master of Science at The Johns Hopkins University Carey School of Business. I am currently a

managing director at the IDI Group Companies, a leading developer of multifamily communities in the DC Metro area. I have spent my life working with highly-accomplished designers, engineers, and developers. Ryan has an outstanding mind for business and innovation. I have been impressed by his ideas for the future and believe he can achieve them. I am optimistic Ryan will make important contributions to our country in the decades to come.

I look forward to many more years of friendship with Ryan. I have invited him to my wedding and look forward to introducing him to more of my family. He has reflected on his unlawful actions in the spirit of honesty and humility. I strongly support Ryan and encourage this court to be lenient at sentencing.

Respectfully,

Enrico Cecchi

Ex. C-2

May 16, 2024

Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan:

My name is Thiago Cesar, and I am writing to you in support of Ryan Salame, with whom I have had the pleasure of working during his time at FTX. I was the CEO of a company in Brazil, one of the first payment processors for FTX. Ryan was handling the OTC desk when we first met, eventually managing the day-to-day financial operations with impressive diligence and precision. While I do not speak on behalf of my former company, my professional interactions with Ryan left a lasting impression on me.

Despite my connections to others involved in criminal cases, I choose to write this letter solely for Ryan. This decision stems from my personal experiences with him and my firm belief in his character. Ryan consistently demonstrated a commitment to his work, delivering on his promises and ensuring the success of his projects. This dedication convinces me that he will navigate this challenging period with the same resolve and integrity.

Ryan's personality is a unique blend of easygoing and reliable. He is genuinely curious about others, always showing a sincere interest in their well-being. This was evident in his interactions with our company, where he consistently went above and beyond to communicate effectively and support our needs. His actions conveyed a genuine care for our success, making it clear that he valued our partnership.

Throughout our professional relationship, Ryan's earnest desire to help and his thoughtful approach to problem-solving were always apparent. He was not just focused on the business aspects but also on building meaningful connections. This gives me confidence that, despite the current circumstances, Ryan has taken time to reflect on his actions and their impact. His concern for others assures me that he will act responsibly moving forward.

His commitment, reliability, and genuine care for others are qualities that make him worthy of support. I believe in his ability to rebuild his life and continue to contribute positively to those around him. If I was anything less than confident in this fact, I would not be writing this.

Thank you for considering my perspective on Ryan Salame. I am grateful for the opportunity to speak on his behalf, and I trust it provides valuable insight into his character and potential for a positive future.

Sincerely,
Thiago Cesar (███████████)

Ex. C-3

DocuSign Envelope ID: 6094AE5F-B051-44A7-A97C-3BEB1J15E36EE

May 9, 2024

Nicholas Cherney
██████████████████
████████████████

Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan:

From the outset, Ryan struck me as an exceptionally thoughtful and considerate person. We met roughly two years ago after he began dating my sister in-law, Michelle Bond. His demeanor has remained consistent, regardless of the circumstances—calm and even-keeled through both good times and challenging ones. It's clear to me that his kind and gentle manner isn't just for show; it's genuinely who he is.  He is warm and sincere person without a hint of arrogance or malice.

Ryan's approach to life is not about maintaining his own comfort but about thinking deeply on how to improve the world around him. His conversations often revolve around ideas like finding sustainable ways to bring water to those in need or tackling economic issues like inflation. Most of those I've encountered in Ryan's age group and line of work are caught up in idle entertainment or banter, and talk about sports, etc… not so for Ryan. He's not just a thinker; he actively seeks good for the world.

As a new father, Ryan's brilliance and commitment have never been more evident. His sharp mind is always focused on constructive and humanitarian efforts. But above all, what I wish for him is to regain a sense of normalcy, to continue being a pillar of support for his family, especially his newborn child, who will undoubtedly thrive under his guidance and love.

Not only has Ryan been a wonderful partner to my sister in-law, but he has also shown incredible care and love for Michelle's children from a previous relationship. I've witnessed firsthand how he steps into the role of a parent, offering guidance when needed and discipline sparingly. His bond with ████, in particular, is deeply profound. The patience and understanding he shows with her are qualities that I deeply respect and admire.  His new son, ████ is the light of his life and just over Christmas I witnessed the love and connection Ryan has with his son. Holding him in his hands and staring face to face I can't imagine them ever apart.

Ryan is a man devoid of malice or deceit, whose actions consistently reflect his caring nature and his desire to make a positive impact. His involvement in the lives of those he loves, his thoughtful nature, and his commitment to making the world a better place are all characteristics that make him a remarkable individual. I have no doubts about his ability to return to his loved ones at the conclusion of this chapter—I, like the rest of our family, will be there to support him, come what may.

Sincerely,

Ex. C-4

May 9, 2024

Nicholas Cherney

Ex. C-4

May 11, 2024

Stephanie Cherney

███████████████████
████████████████

Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan:

My name is Stephanie, and I am writing to you as the future sister-in-law of Ryan Salame. I first met Ryan during a particularly difficult period in my life, just after I had lost a beloved pet. Ryan, who was dating my sister Michelle at the time, extended his kindness to me by inviting me on a trip to Palm Springs. His intention was to help me find some solace among loved ones, showcasing from the very beginning his deep-seated inclination to support others.

Ryan's ability to genuinely engage with people and offer solace during their times of need left a lasting impression on me. This trait has consistently manifested in his interactions, marked by a sincere willingness to listen and a proactive approach to solving problems. Ryan always seeks ways to improve the lives of those around him, displaying a unique capacity for empathy and action regardless of how long or in what capacity he has known someone.

Within their family, I have witnessed firsthand how he interacts with Michelle and the children. As a devoted partner to my sister, he consistently prioritizes her needs and wants over his own, which is something that deeply resonates with me as her protective sister. Knowing that Michelle has a partner who places her wellbeing at the forefront provides immense comfort and lessens my worries about her.

Ryan's character extends beyond just being a great partner; he is an exemplary human being. I can't claim to know the details of the case, but wherever one stands, the proceedings ask a lot of a young family. The current situation has undoubtedly been challenging for him, yet he continues to maintain his composure and adhere to his core values. Despite the logistical and emotional strains, Ryan remains an exceptional parent and partner, adept at managing his family's privacy and overall wellbeing. His resilience in the face of adversity tells me that he gets through whatever comes next with his core intact.

It is disheartening to see such a capable and caring individual face these circumstances because I see the immense potential Ryan has for the future. I can honestly say that I've never met anyone quite like Ryan before, and I am confident in his ability to continue bringing good into the world, regardless of the situation. His intrinsic qualities of kindness, empathy, and dedication give me hope and reassurance that he will emerge from this experience with the ability to make even more positive contributions.

Ex. C-5

May 11, 2024

If there is any additional information I can offer to assist you in making your decision, please don't hesitate to contact me.

Sincerely yours,

Stephanie Cherney

Stephanie Cherney

Ex. C-5

Christine Chew


May 7, 2024

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

I worked at FTX in the Bahamas with Ryan Salame for approximately six months. I am pleased to provide this character reference to support Ryan in the sentencing phase of his case. I hold Ryan in high regard and ask you to be merciful.

I originally met Ryan in Hong Kong at an FTX event. I was working for an FTX investor at that time. In the summer of 2021, I went to the Bahamas to help FTX move from Hong Kong to their new headquarters in Bahamas. I worked in their office as an events coordinator and general assistant.

Ryan had an enormous task to bring FTX team members to the Bahamas from around the world. He had to find housing to satisfy complex people in the limited available market in the Bahamas. People were coming and going constantly. Ryan accommodated everyone's needs while making his best efforts to be fair. In my opinion, he handled a nearly impossible assignment very well.

Ryan worked long hours, over the weekend, and into the evenings. He worked with persistence and grit. Once he set his mind to something, it got done one way or another. I could trust Ryan to speak his mind directly and honestly. Even on the day he had to terminate my employment, he showed me respect by communicating candidly. I departed the Bahamas in March of 2022 with gratitude for a memorable experience.

I learned a lot by observing Ryan's leadership style. I believe he acted for the benefit of the company, and never out of any personal issue. Our team members valued his positive attitude and friendly personality. He earned his reputation for trustworthiness and dependability. Any company would be honored to have him as a strategic leader or marketing manager.

I celebrated my birthday in the Bahamas. At first, I was lonely and sad being so far away from home. I reached out to Ryan and shared my feelings with him. He soon came by to chat, listen to music, and dance. He cheered me up and I stopped crying because he made my birthday a

1

Ex. C-6

special event. This story demonstrates Ryan's natural inclination to be compassionate and attentive to other people. Please remember Ryan's generous heart as you decide his sentence.

Respectfully,


Christine Chew

2

Ex. C-6

**Natasha Cole**

May 7, 2024

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Kaplan:

I met Ryan Salame over 15 years ago at Monument Mountain High School in Great
Barrington, Massachusetts. We were part of the same circle of friends and have stayed
close ever since. Ryan is a genuinely caring person, so I was surprised and very sorry
to hear about his legal case. I was honored when he asked me to share my thoughts
with this court.

As a teenager, Ryan was active, full of life, and very disciplined. He trained in martial
arts and would teach children after school. He was rigorous and fun at the same time.
We spent springtime working backstage together on our school's musical productions
and summers playing frisbee with friends. I loved being around Ryan for his great sense
of humor and passion for new ideas. If he was curious about something, he'd dive in
and research as much as possible. Ryan's zest for life was a real gift to me and so
many other people.

I visited Ryan at his family home several times. His parents worked hard in their blue-
collar jobs, as did most of our friends' parents. I have many happy, warm memories of
being around Ryan and his family. My own father died unexpectedly while I was in high
school. I leaned heavily on Ryan and our close-knit friend group as I mourned. Ryan
was invaluable to me as a source of happiness and motivation to remain in school
during such a difficult time.

After college, Ryan invited me to stay at his apartment any time I was in Boston. Even if
he wasn't there, he'd make sure I could get in and be comfortable there. Ryan had an
ongoing, open door policy with friends. He had a "whatever is mine is yours" attitude.
I've never felt so welcomed anywhere by anybody.

Ryan and I did not really talk about the details of his work in Hong Kong or at FTX. Our
friendship has always largely revolved around things other than our careers. I did know
things were going well for a while and was thrilled to see him excelling in an industry
that he was passionate about. Despite his busy schedule during this time, he made time

Ex. C-7

to travel out of state for my undergraduate senior presentation. We have always celebrated one another's accomplishments.

Ryan later came home and bought Firefly, a much-beloved restaurant where we grew up. He prioritized his employees who spoke highly of him as the new owner. Ryan did not try to change the mom-and-pop culture of Firefly. He was loyal to the local community and wanted to honor their values. We come from an area where many families have lived for generations and everyone values the locally-owned small businesses that are the livelihood of many residents. I know the people there appreciated his thoughtfulness and generosity.


Ryan later contacted me to let me know about his legal issues. I know he was concerned about the people who got hurt when FTX fell apart. Ryan does not have a malicious bone in his body. I feel lucky to have been a part of his life for so many years and to have seen first hand the many ways he has given to others. I know if there had been anything he could have done to prevent this outcome, he would have done it. I hope this court will see Ryan for the good man he is and give him a lenient sentence.

Sincerely,

Natasha Cole

Natasha Cole

Ex. C-7

Michelle Cove



May 12, 2024

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York, 10007-1312

      Re:     _U.S v. Salame Sentencing_

Dear Judge Kaplan,

      My name is Michelle Cove and I am a close friend of Ryan Salame and his partner, Michelle. I met Ryan shortly after he moved to the Bahamas through my boyfriend, and we quickly bonded. As our friendship grew, so did our collective time spent together. Although I am an FTX creditor, my connection with Ryan and Michelle has always been personal.

Over time, I witnessed Ryan's remarkable bond with Michelle's children. From planning activities to ensuring their comfort and happiness, Ryan embraced them as his own. His dedication was evident at every turn, from stocking up on their favorite snacks to playing with them for hours to keep them entertained.

Recently, during a visit to New York, I had the pleasure of meeting their newborn son, ▓▓▓▓. It was heartwarming to see Ryan and Michelle's love and involvement with their baby, especially considering it was the early days when many fathers are still finding their footing. Ryan's natural fatherly instincts left a lasting impression on me.

      During my time with them, we spoke about the challenges ahead for Ryan, and in his typical fashion, he was more concerned with making sure Michelle and their children would be prepared for his absence. Ryan has been a steadfast support for Michelle, striving to maintain normalcy for the children amidst his own struggles.

      Your honor, I've come to know Ryan as a kind and generous individual, always striving to please those around him. While acknowledging his wrongdoing and expressing remorse, he has shown growth and readiness to accept the consequences of his actions. The absence of Ryan in Michelle and the children's lives will be a significant hardship, depriving them of his nurturing presence and unwavering support.

Thank you for taking the time to read my letter. I would be extremely grateful for your consideration of my perspective in your deliberations.

Yours sincerely,

Michelle Cove

Ex. C-8

May 14th, 2024

Honorable Lewis A. Kaplan U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan:

My name is Emma D'Alessio, and I have known Ryan Salame for a long time. Since our middle school days, we were part of the same robotics club and ran in similar circles, gradually becoming friends over the years. Our relationship has evolved through various phases of life, from casual school friends to a very close friendship and eventually colleagues. I believe I'm uniquely equipped to offer insights into Ryan and the type of person he is.

I started working with Ryan by what seemed like a stroke of fate. During a particularly challenging time in my life, I reached out to Ryan for support. He invited me to visit him in the Bahamas, where he had just moved to work. That visit turned into a job opportunity, and I stayed, working closely with him. His ability to make you laugh so hard your stomach hurts is just one of the many qualities that make him a remarkable individual.

His relationship with Michelle is nothing short of inspiring. Having seen Ryan in previous relationships, it was his partnership with Michelle that really showed him at his best—always prioritizing her comfort and putting her needs above his own desires. This trait extends beyond his personal relationships and into his professional life as well.

For instance, when Ryan had the chance, he employed friends at a local restaurant, the Firefly Gastropub, to ensure they kept their jobs during tough times. He even bought concert tickets for me when I couldn't afford them, just to make sure I didn't miss out on shared experiences with our group. Showing up for the people in his life is something that Ryan always does by default.

Despite a falling out we had about a year ago, which we are mending, my respect and care for him have not wavered. He has apologized, and even though our relationship has changed slightly I don't hesitate to speak up for him because I truly believe in the

Ex. C-9

person he is. Ryan looks out for the people he cares about, not because he has to, but because it's who he is.

As you consider the circumstances before you, I urge you to see the Ryan I know—a person who is complex, driven, and profoundly dedicated to the welfare of those around him. He is someone who enriches the lives of others simply by being part of them, and despite any personal differences, I firmly believe in his integrity and his character.

Should there be any additional information I can offer, please feel free to contact me.


Thank you for your time,



*Emma D'Alessio*

Ex. C-9

DocuSign Envelope ID: 808B7EA8-05D6-4D38-9E69-5973717A4ABA5

Roshan Daswani



May 18, 2024

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

In May of 2021, I met Ryan Salame on my first day at FTX in Hong Kong. FTX hired me to process settlements and wires and Ryan was part of my onboarding process. Ryan was also my reporting boss, so I interacted with him on a somewhat regular basis until I left the company six months before FTX shut down. I believe Ryan is an individual of excellent character and I am glad to share my recollections with this court.

Ryan brought a lot of joy to the floor. He set a positive tone while maintaining a serious attitude towards the work. He encouraged me to be proactive in identifying and solving problems. He gave me whatever support I needed to get my job done properly. When we had issues with outside partners, Ryan got on the phone and resolved matters personally. He valued our clients and wanted to deliver the best possible service and empowered that working ethic across the team. During my periodic performance reviews, Ryan gave me constructive advice which I used to become better at my job and offered continuous support to be better.

When FTX moved to the Bahamas, they asked me to join them there. Ryan helped me with the logistics of moving over 9000 miles with 24 hours' notice. He gave me the tools I needed to hire staff and get our trading desk up and running. Ryan inspired me to stay focused, work hard, and contribute to a positive workplace environment. Outside of work, he was just as affable and generous of spirit. I like and respect Ryan very much as a professional and as a person.

I do not know the specific charges to which Ryan pleaded guilty. I trust Ryan to handle his case with integrity, as I saw him do with other issues and challenges. I would welcome any future opportunity to work with or for Ryan. This legal case would not discourage me from hiring him, investing in him, or introducing him to new friends or business associates.

Respectfully,

DocuSigned by:

*Roshan Daswani*

7AEE7546300F4D1...

Roshan Daswani

Ex. C-10

Ashley and Bobby Ferrando

███████████████████

███████████████████

May 16, 2024

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Kaplan:

Ryan Salame is a person of outstanding character, integrity, and kindness. He is always willing to lend a helping hand to those in need and has a genuine concern for the well-being of others. His compassionate nature and ability to empathize make him not only a wonderful family member but also a cherished friend to many.

Bobby (38) is Ryan's first cousin. They always valued their relationship from family gatherings, holidays, vacations, and visits—even when they worked in different parts of the world. I (Ashley) have known Ryan for the last 18 years both as a family member and as a friend.

Throughout this time, we have observed Ryan demonstrate unwavering commitment, reliability, and compassion in all aspects of his life. He has shown this during important family moments like our wedding. Ryan spent time with us when we welcomed our children even though he wasn't local at those times. He has also proven these qualities through the loving relationship he has with his parents and the commitment and dedication as a parent and partner. Overall, Ryan is an outstanding individual who showcases remarkable qualities.

We were both surprised and saddened to hear about Ryan's case. We have total faith in his character and know he will handle this legal process with honestly and honor. We hope for a lenient sentence, especially since he is raising his newborn son, ██████.

With respect,

Ashley and Bobby Ferrando

*Ashley Ferrando*

*Robert Ferrando*

Ex. C-11

May 2, 2024

Peter Ives

Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Honor, Judge Kaplan:

I am writing this letter to voice my support for Ryan Salame.

When I first met Ryan, I was scared that I was going to lose my home to the new property owner.
Ryan came and saw that what we called home was, in fact, a dilapidated old cabin. He not only
said we could stay but built us a new home and demolished what we were living in. With that
decision, he changed our lives, as my wife has many medical issues.

He has given us a clean and healthy environment which helps immensely. Ryan kept his word to
us and has shown us that he is a man of honesty and integrity and kindness. I believe he has
shown that integrity over and over. He's always been honest and forthright with me and I believe
that is how he always lives his life.

His kindness and understanding have changed my life, and I believe he will continue to change
others.

It is in this spirit that I plead with the court to show leniency in the decision before you and
consider my words when deciding Ryan's future—just as he was so thoughtful in deciding mine.

Thank you.

Sincerely,

*Peter Ives*

Peter Ives

Ex. C-12

May 11, 2024

Zane Tackett


Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan:

My name is Zane Tackett. Ryan is a close friend of mine and someone I had the pleasure of working closely with during my time at FTX. I first met Ryan at a crypto conference in Singapore shortly before going to another conference with him in Tbilisi. As is the case with most people who meet Ryan, we quickly became friends.

Right from the onset Ryan made a meaningful impact on my life. Unfortunately at the time due to the stress of travel and work I was suffering from quite an extreme bout of insomnia, and Ryan, always thoughtful and trying to help others, shared an article he had recently come across about weighted blankets and their benefits for sleep. I know this may seem insignificant, but to someone who hadn't been able to sleep more than 3 hours a night for weeks on end, it was a godsend and something I still appreciate daily as I write this letter from under the very blanket he suggested.

Our professional paths converged when Ryan joined Alameda in 2019. As I was writing a letter to Sam Bankman-Fried on why I would be a good addition to the team and could help with OTC sales, Ryan called me to let me know he had joined Alameda… in the exact role I was applying for. Instead of being territorial or fearing someone else potentially taking his sales leads, Ryan went out of his way to help secure me a position at the company and was instrumental in my hiring.

After joining FTX I got to see how Ryan had earned the respect of the entire team. He always tried to make sure employees had everything they needed at their disposal to succeed and always managed to find time in his busy schedule to help those around him. Not only was he respected and admired by those who worked at FTX, but also by his clients, competitors, and the industry as a whole.

When I finally made it to Hong Kong, I had to quarantine for two weeks. During this time Ryan was preparing to move to Bahamas to set up the office there, so he had plenty on his own plate, but would always send me care packages to the hotel room I was quarantined in to keep my spirits high.

Not long thereafter I moved into Ryan's apartment in the Bahamas. Living with Ryan in the Bahamas while working at FTX, I witnessed firsthand his inclusiveness and care for others. He always made it a point to bridge the gap between local Bahamian employees and non-local staff.

Ex. C-13

May 11, 2024

He would host monthly gatherings at his home with an open invite to all employees. These events underscored his ability to treat everyone with respect and ensure a good time was had by all. It is no wonder that he was universally loved by those at the company.

Over the years, I've watched Ryan grow and mature, especially in his role as a husband and father. Despite the significant pressures he faces, his resilience and resolve to safeguard his family's well-being remain firm. Ryan maintains his cheerful disposition, particularly in his interactions with his children. As someone who was raised in large part by my step-father, I have immense respect for the way that Ryan has welcomed Michelle's children into his life and fully assumed the role of step-father. It is heartening to see the love and support Ryan has for his family.

Ryan's integrity is something I have come to admire deeply. He is the kind of person who is continuously striving to improve himself and his community. Even amid these challenging times, he talks about wanting to attend law school and educate others, reflecting his desire to contribute positively and meaningfully to society.

I am confident, regardless of the outcome of this case, that Ryan will continue to uphold these core values and have a lasting positive impact on his friends, family, and community at large. His plans to raise his children in a nurturing environment and his ongoing commitment to personal growth and helping others are just a few aspects of his life that fill me with optimism about his future.

I sincerely believe that Ryan is a person of exceptional character, always ready to do the right thing for the right reasons, and improve the lives of those around him. I would be hard pressed to find someone more genuine, honest, and simply as good of a person as Ryan is. It has been an honor to know him and call him a friend. I am excited to see the positive impact he will undoubtedly continue to make.

Zane Tackett

*Zane Tackett*

Ex. C-13

May 12, 2024

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

My name is Jamaron Thompson. I am a pilot for Trans Island Airways (TIA), a charter airline based in Nassau, Bahamas. I consider it a privilege to serve as a reference for Mr. Ryan Salame, a true gentleman and good friend.

I met Ryan a few years before FTX arrived in Nassau. I enjoyed seeing him once or twice a year as a customer and passenger. Ryan treated me with kindness and respect from the very first moment and throughout our many flights together.

I saw Ryan much more often after FTX moved to the Bahamas. I flew with him a few times each week to the US and to other Caribbean destinations. The additional flights from FTX expanded our business at TIA. Our company added jobs which supported individuals and their families. I thank Ryan for this growth and opporunity.

I recall one flight Ryan took to Massachusetts. He invited me to stay for a week before returning to Nassau. Ryan introduced me to his parents and brother. He showed me around Lenox, Massachusetts, like I was another family member. It is like talking to a brother when I talk to Ryan. I will never forget my beautiful vacation in Massachusetts.

As a charter pilot, I fly with celebrities, famous athletes, and other wealthy people. Few, if any, are as lovely as Ryan Salame. In fact, it was like night and day spending time with Ryan. He looks at everyone the same way. He is humble and generous. Ryan gave me faith that a man can be very successful and still be a genuinely good human being.

I do not know anything specific about Ryan's case. I certainly know we all make mistakes at one time or another. I hold firm to my belief that Ryan is a man of excellent character. I pray for his wellbeing and look forward to our paths crossing again.

Best regards,


Jamaron Thompson
██████████████

Ex. C-14

DocuSign Envelope ID: 13A320DG-05BD-4566-BC51-C1D4FFB27E60

Aleksandra Patykowska-Underwood

██████████████████████
████████████████

Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan,

My name is Alexa, and I am writing to you from my heart about my dear friend
Ryan and his wife, Michelle. I am an immigrant from Poland and work part-time at
the embassy, but most of my days are spent in the beauty business. It was through
my work that I met Michelle seven years ago. As anyone would tell you, seeing
someone every two weeks for so long makes you close. Michelle has become very
special to me.

I met Ryan three years ago when he came with Michelle to my workplace. I
remember this day clearly because of the warmth he brought into the room. His big
hug and his bright smile made me feel instantly welcomed.

Later, Ryan and Michelle invited my husband and me to an open house at their new
home. Ryan was incredibly sweet, greeting me with another big hug. What struck
me most was how he introduced me to his friends – as his wife's dear friend, Alexa.
This simple act of respect meant a lot to me. It was also noticed by my husband,
Bobby, who is a police officer and generally a very serious person, though he also
felt a deep respect and kinship for them both from that day.

During Michelle's baby shower, I saw another side of Ryan. He was dancing with
the children in the basement, fully engaged and joyful. It was heartwarming to see
him so involved and loved by the children, who kept asking him endless questions.
This day made me realize just how much love he has to give.

The kindness Ryan shows is not limited to people; it extends to animals as well.
Once, when their cat fell ill, Ryan went above and beyond to research treatments
and care for the cat. His dedication to caring for a sick pet showed his compassion
and commitment.

One memory that stands out happened around the holidays when Ryan and
Michelle had recently given birth to ██████. I went over to give a gift of Christmas

outfits for their new baby. That day, Ryan and Michelle's other children came
running home from school straight to Ryan, pleading for him to help them with
homework. He didn't hesitate but sat down with each child, patiently explaining
their lessons until they understood. Watching him, I thought, this man is not only
an incredible friend but an exceptional father as well.

Ryan's actions consistently show a man of great character and integrity. The way he
interacts with children, cares for animals, and respects those around him cannot be
feigned. These are the qualities of someone who truly understands and values life in
all its forms.

I hope this letter helps you see the Ryan that I know—a man whose actions are
guided by kindness, generosity, and a profound sense of responsibility. Thank you
for considering my perspective in this matter.

Yours sincerely,

Aleksandra "Alexa" Patykowska-Underwood

Ex. C-15

Graham Williams



May 10, 2024

Honorable Lewis A. Kaplan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan:

My name is Graham Williams, and I am writing to you about Ryan Salame, a man whose friendship I've come to value deeply over the years. I first met Ryan back in 2019 at a concert, through a mutual friend, and I remember being drawn to his humor almost immediately. It was purely coincidental that we ended up working together at FTX shortly thereafter, and, coming to know Ryan as I have, I continue to be beyond surprised by the circumstances in which he finds himself.

During my tenure at FTX, I frequently traveled from where I live in South America to the Bahamas, often staying at Ryan's place for about a week each month. These visits allowed us to transition from mere colleagues to fast friends. Ryan possesses a rare blend of impeccable humor and professional competence, qualities that not only draw people to him, but also make them want to stay.

Ryan's work ethic is something to behold. While staying with him, I observed his routine: while I was in bed by midnight and rose at a comfortable 8:00 AM, Ryan often worked until 3:00 AM. By the time I awoke, he was already back at his desk, taking meetings. Having worked in Silicon Valley myself for many years and seen what counts as impressive, Ryan's casual yet effortless approach to success certainly stands out.

At his core, Ryan is a caring and affable individual, incredibly sharp, and undeniably driven. His ability to balance deep understanding with a genuine joy for life made even routine meetings memorable. He has a natural inclination to teach and share his knowledge, consciously enriching those around him with an infectious desire for learning.

It would be an honor to work with Ryan again, but more than that, I look forward to seeing him apply his remarkable skills to overcome the challenges he currently faces. Ryan is not just a

Ex. C-16

friend, but a truly remarkable person who has the capacity to learn from the past and continue making a significant impact on the world. I know he will continue to strive for excellence, regardless of what hurdles he may currently be facing.

I am confident that Ryan will use his talents and drive to not only move beyond this difficult period, but also to continue contributing positively to those around him. His dedication and spirit are sources of inspiration, and I fully believe in his ability to transform any obstacle into an opportunity for growth and improvement.

Thank you for reading,

Graham Williams

Ex. C-16

DocuSign Envelope ID: 6905ED46-4692-438E-AE32-ADA6A6C89065

May 17, 2024

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan:

I'm writing to you about my friend and former colleague, Ryan Salame. I had the privilege of working with Ryan for years at FTX, where he was an important figure in my career and personal growth.

Ryan gave my cold email outreach an opportunity, which resulted in my hiring right out of college. He mentored me patiently, no matter how many questions I had. Even though my role was customer support and he was Head of Settlement, he still took the time to help whenever I reached out to him. His support was one of the pieces that allowed me to move beyond customer support into much more fulfilling roles.

When I moved to Hong Kong, he went out of his way to show me around and invite me to social events, even though he was always busy. He worked extremely hard but always had a positive attitude and treated everyone with kindness, regardless of their position. His generosity was inspiring, and he played a big role in making me feel at home in a new city. I remember him surprising his direct report with a thoughtful gift for that report's first year anniversary at the company. No one had asked him to do it, he just went out and created a joyful moment for someone.

Ryan is now a father and married to a woman he loves. He has expressed deep regret for his actions and their impact. When he discovered the large-scale fraud by SBF and his associates, he was the first to blow the whistle to Bahamian regulators, showing his commitment to doing the right thing despite the risks.

I've met several people from his hometown in Massachusetts, and every single one of them has talked about the positive impacts Ryan has had there. When Ryan was younger, he worked in restaurant kitchens while putting himself through college. Some of the same Mexican immigrants who worked with him in those kitchens were later hired and housed by Ryan in his hometown.

I believe Ryan's good character and positive contributions should be considered. He's a good person who made a mistake, and I hope for a reduced sentence so he can continue to contribute to society and his family. Thank you for your time and consideration.

Respectfully,

Tristan Yver


DocuSigned by:
Tristan
E0D05FB7A67344B...
5/18/2024

Ex. C-17