# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Gina M. Parlovecchio**
Partner
T: +1 212 506 2522
F: +1 212 849 5522
GParlovecchio@mayerbrown.com

July 26, 2024

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Ryan Salame, No. 1:22-cr-673-LAK (S.D.N.Y.)

Dear Judge Kaplan:

On behalf of Ryan Salame, we respectfully submit this request that the Court continue the date for the defendant to voluntarily surrender to the Bureau of Prisons ("BOP") to begin serving his sentence. Under the advice of his physician, Mr. Salame requests a 45-day continuance of this self-surrender date so that he may undergo urgent and necessary medical treatment and surgery.

On May 28, 2024, this Court sentenced Mr. Salame to an aggregate term of 90 months' imprisonment. At the time of sentencing, and in its Judgment dated May 29, 2024 (ECF No. 445), this Court ordered Mr. Salame to voluntarily surrender on August 29, 2024. The BOP has not yet designated Mr. Salame to a federal correctional facility for service of his federal sentence.

On June 29, 2024, Mr. Salame was mauled by a German Shepherd while visiting a friend's home. ▮▮▮▮▮ Mr. Salame consulted a physician about his injuries on July 3, 2024 ▮▮▮▮▮ On July 24, 2024, Mr. Salame's physician advised ▮▮▮▮▮ Correspondence from Mr. Salame's physician attesting to his injuries, the recommended course of care and related timeframe is attached hereto as Exhibit A.

The undersigned counsel has conferred with the government and the government consents to the continuance of Mr. Salame's report date to October.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian law partnership).

The Honorable Lewis A. Kaplan
July 26, 2024
Page 2

    For the foregoing reasons, we respectfully request that the Court grant Mr. Salame a 45-day continuance of his self-surrender date to October 13, 2024.

    Respectfully submitted,

    */s/ Gina M. Parlovecchio*
    Gina M. Parlovecchio

769385799.2