# Exhibit A



Navin Singh, MD, FACS
Clinical Asst. Professor Plastic Surgery
Johns Hopkins School of Medicine

To Whom it May Concern: reference Ryan Salame DOB 8/27/1993

The above identified patient was initially evaluated July 3, 2024 after sustaining a dog-bite injury to the face.



Please don't hesitate to contact me for any further information.



Regards,

Navin Singh    7/24/2024



7601 Lewinsville Rd, Suite 200, McLean, VA 22102  Tel: 703-345-4377

www.WashingtonianPlasticSurgery.com  www.WashPS.com
Voice: 888-903-2362  Fax: 888-406-4432