Exhibit 6

7/30/2024

MB knew re transfers from RS/FTX comp.
View of facts today - what she (MB) would say
No more access to campaign email/work records
Ask to share info to show we got it wrong

Jason Linder
Nandita Vasantha
Maggie
Mitch
Sheb Snell
Rob Sobelman
Lera Pomerantz

Spring 2023
  Statements that would cease investigation if FS pled guilty

4/23 - AUSA took covert steps - sw for content of MB + RS phones
  Had already produced 589k + 67k docs, respectively

4/28 - WebEx w/ DS
  DS asked if rep'ing MB + RS - status had shifted
  Said yes
  DS said (reading from notes) - early disposition, no promises, conclude as to p1, conclude this facet of investigation

Taken aback for that offer
  Never seen that inducement
  Also talking points

If pled guilty - notification that office would cease investigation
  Thought office would honor that statement

5/25/2023
- No records of FTX team walking back
- No notes that it was walked back - quick call

One instance where non-promised benefit was honored
Recently departed alums - Never heard of thinking this would be honored

RS prejudiced
~~the statement~~ MB would not have spoken to Court for co-signer interview
Had baby together, etc.

MB [prejudice] - no access to email, texts, etc.
She didn't preserve records from ADAM, which are dissolved
Baby thinks this matter resolved
Custody trial



