Exhibit 8

| | |
|---|---|
| **From:** | Swett, Sebastian (USANYS) |
| **To:** | Parlovecchio, Gina |
| **Cc:** | Linder, Jason; Simon, Stephanie (USANYS) |
| **Subject:** | RE: Michelle Bond |
| **Date:** | Wednesday, August 21, 2024 9:16:00 AM |

Gina,

Ms. Bond can come to the fifth floor of 500 Pearl Street, near the Pretrial Services office, at 8:30 a.m. FBI Special Agents Anthony Casola and Jen Breitenbach will be there to meet her. SA Casola's cellphone number is 917-842-2577 in case you need to coordinate with him. She will then go through processing.

Once Ms. Bond has come to court, we will file a letter to unseal the indictment and have a district judge assigned. The presentment will likely occur before the duty Magistrate Judge, Ona T. Wang, shortly after lunch in Courtroom 5A. The district judge may also refer the arraignment as well.

Best,
Sheb

**From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Sent:** Wednesday, August 21, 2024 6:02 AM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>
**Cc:** Linder, Jason <JLinder@mayerbrown.com>; Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Michelle Bond

Sheb,

Can you please confirm the time and judge before whom Ms. Bond will be arraigned tomorrow? Also, please let us know the details about when and where she will be processed.

Best regards,
Gina

Sent from my iPhone

> On Aug 21, 2024, at 1:39 AM, Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov> wrote:
>
> **CAUTION: External Email -** Only click on contents you know are safe.
>
> Thank you for confirming.
>
> **From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
> **Sent:** Tuesday, August 20, 2024 6:00 PM
> **To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>
> **Cc:** Linder, Jason <JLinder@mayerbrown.com>; Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
> **Subject:** [EXTERNAL] Re: Michelle Bond
>
> We can confirm Ms. Bond will surrender on Thursday.
>
> We will also agree to a PRB secured by signatures from Ms. Bond and her sister.

Sent from my iPhone

On Aug 20, 2024, at 6:27 PM, Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov> wrote:

**CAUTION: External Email -** Only click on contents you know are safe.

Gina,

Next week does not work for us. Please confirm that Ms. Bond will surrender on Thursday.

For the bail package, we are fine with your proposal but we are also fine with a personal recognizance bond secured by the signatures of Ms. Bond and her sister, without the need to secure it with the residence. Please let us know what you prefer.

Best,
Sheb

**From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Sent:** Tuesday, August 20, 2024 12:10 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>
**Cc:** Linder, Jason <JLinder@mayerbrown.com>; Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Michelle Bond

Sheb,

If Friday will not work, we would be grateful if you consider extending us the professional courtesy in considering Monday as an arraignment date. Ordinarily, because we have been in dialogue with you for a long time we would have expected to have collaboratively set a mutually convenient arraignment date in light of the fact that our client is not a flight risk. That way we would not have been scheduled to both be out of the country at the same time.

As for bond, we propose a $1 million bond to be secured by Ms. Bond's residence and one financially responsible surety, Ms. Bond's sister.

Best regards,
Gina

On Aug 20, 2024, at 3:11 PM, Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov> wrote:

**CAUTION: External Email -** Only click on contents you know are safe.

Gina,

We are generally free today to discuss a bond package. Let us know what works for you.

We understand your request for a Friday surrender but that date does not work on our end. Please let us know if we should plan for her surrender on Thursday, as the agents need to begin their preparations.

Best,
Sheb

**From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Sent:** Monday, August 19, 2024 8:45 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Michelle Bond

Sheb,

Thank you for sharing the summons with us.  We have spoken with our client.  Are you available to speak tomorrow about the bond package?  Also, given that Jason and I are both located abroad at the moment and would have great difficulty appearing in court on Thursday, we would be grateful if you and the agents would reconsider having the arraignment on Friday.

Please let us know.

Best regards,
Gina

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Sent:** Monday, August 19, 2024 7:20 PM
**To:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** RE: Michelle Bond

**CAUTION: External Email -** Only click on contents you know are safe.

Gina and Jason,

Please see attached. Let us know when you would like to discuss further.

Best,
Sheb

**From:** Swett, Sebastian (USANYS)
**Sent:** Monday, August 19, 2024 4:11 PM
**To:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** Michelle Bond

Gina and Jason,

Could you please give either of us a call this afternoon regarding Michelle Bond? We are available at:

Sheb – 212-637-6522
Stephanie – 212-637-2581

Best,
Sheb

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our [Privacy Notice](Privacy Notice).