

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 15, 2025

**By ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Samuel Bankman-Fried,* **S6 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

      The Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of January 15, 2025 to January 31, 2025. The Government has been in discussions with the relevant parties in interest. This extension will allow the parties more time to discuss and potentially facilitate a resolution of the pending petitions instead of litigation. The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of this deadline.

                          Respectfully,

                          MATTHEW PODOLSY
                          Chief Counsel to the Acting
                          United States Attorney
                          Attorney for the United States, Acting under
                          Authority Conferred by 18 U.S.C. § 515

              By:    /s    Thane Rehn
                      Danielle R. Sassoon
                      Nicolas Roos
                      Danielle Kudla
                      Thane Rehn
                      Assistant United States Attorneys
                      (212) 637-2354