USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-18-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

RYAN SALAME,

    Defendant.

------------------------------------- x

**FINAL ORDER OF FORFEITURE**

S7 22 Cr. 673 (LAK)

WHEREAS, on or about September 7, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Substitute Assets/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 268) with respect to RYAN SALAME (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in, *inter alia*, the following substitute assets:

    a. The real property commonly described as 12 Housatonic Street, Lenox, MA 01240 (the "Housatonic Property"), described as follows:

        Beginning at a point in the southerly line of Housatonic Street at a northwesterly corner of land formerly of William C. Schennerhorn, now of Lenox Library Association, thence along a westerly line of said Library land south 28° 40' west seventy two feet and nine inches to an angle in said line marked by an octagonal shaped monument buried in the ground, thence along said Library land nmth 61° 20' west one hundred feet to land of Frank C. Hagyard, thence north 28° 40 east seventy two feet and nine inches along said Hagyard land to said southerly line of said Housatonic Street, thence along said line of said street south 61° 20' east one hundred feet to the place of beginning;

    b. The real property commonly described as 8 Tucker Street, Lenox, MA 01240 (the "Tucker Property"), described as follows:

        A parcel of land as shown on survey plan captioned "MARY F. MISCH, Property located at 8 & 12 Tucker Street, Lenox, MA, drawn by Hill Engineers Architects and Planners, Scale 1" = 20', dated 11/19/2021" recorded in the Berkshire Middle District Registry of Deeds on December 6, 2021 in Plat S-83.

    Being the same premises conveyed to the Grantor hereby by deed of Mary F. Misch dated December 2, 2021 and recorded December 7, 2021 in the Berkshire Middle District Registry of Deeds in Book 7077, Page 274;

  c. Ownership and equity interest in East Rood Farm Corporation (the "ERF Corporation");

(a. through c., collectively, the "Substitute Assets").

WHEREAS, the Consent Preliminary Order of Forfeiture as to Substitute Assets/Money Judgment directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on September 20, 2023 for thirty (30) consecutive days, through October 19, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims

and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 14, 2025 (D.E. 559);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Assets have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Substitute Assets;

WHEREAS, on or about February 15, 2024, the Court entered a Consent Interlocutory Sale Order authorizing the Government to sell the Housatonic Property, the Tucker Property and the ERF Corporation pending the entry of a final order of forfeiture;

WHEREAS, pursuant to the Interlocutory Sale Order, the Government sold the Housatonic Property on or about March 6, 2024, the Government received $1,265,676.23 representing the net sale proceeds of the Housatonic Property (the "Housatonic Proceeds");

WHEREAS, pursuant to the Interlocutory Sale Order, the Government sold the Tucker Properties on or about November 14, 2023, the Government received $729,928.86 representing the net sale proceeds of the Tucker Properties (the "Tucker Proceeds");

WHEREAS, pursuant to the Interlocutory Sale Order, the Government sold the ERF Corporation on or about June 12, 2024, the Government received $125,000.00 representing the net sale proceeds of the ERF Corporation (the "ERF Corporation Proceeds", together with the Housatonic Proceeds and the Tucker Proceeds, the "Forfeitable Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Marshalls Service (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: Feb. 18, 2025
New York, New York

SO ORDERED:

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE